# EXHIBIT A

ME1 31334414v.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHA JANIK, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE, NATIONAL ASSOCIATION and CAPITAL ONE BANK (USA), N.A.,<br><br>Defendants. | Civil Case No. 3:19-CV-1242 (MPS) |

## [PROPOSED] ORDER STAYING PROCEEDINGS

This Court has considered Capital One Defendants' Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint. The Motion is GRANTED. All proceedings and deadlines in this case are stayed until the Judicial Panel on Multidistrict Litigation resolves the Motions for Consolidation and Transfer Under 28 U.S.C. § 1407 filed in *In re Capital One Consumer Data Breach Litigation,* MDL No. 2915 (J.P.M.L. July 31, 2019).

SO ORDERED, this ____ day of _____, 2019.

_____
MICHAEL P. SHEA
UNITED STATES DISTRICT JUDGE